AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Brody, Anita B | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>07/24/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of Visitors, Columbia Law School |
| 2. Trustee | ██████ Trust |
| 3. Trustee | Under Agreement of Trust of ██████ |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 29 P 1:46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Commonwealth of Pennsylvania-pension | $ 30,691 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2007 | TIAA-CREFF Pension Distribution | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage Account #1 | | | | | | | | | |
| 2.  - Capital Southwest-common stock | B | Dividend | N | T | Sell | 3/26 | M | G | |
| 3.  - Covanta Holding Corporation formerly Danielson Holding-cs | | None | M | T | | | | | |
| 4.  - Dupont-common stock | B | Dividend | L | T | | | | | |
| 5.  - NABORS-common stock | | None | L | T | | | | | |
| 6.  - National Asset Bank-common stock | | None | J | W | | | | | |
| 7.  - Royal Palm-common stock | | None | J | T | | | | | |
| 8.  - Source Capital-common stock | C | Dividend | K | T | | | | | |
| 9.  - Third Avenue Value Fund | E | Dividend | O | T | | | | | |
| 10.  - Third Avenue Small Capital Fund-mutual fund | E | Dividend | M | T | Buy | 5/29 | M | | |
| 11.  - Third Avenue Real Estate Fund-mutual fund | E | Dividend | M | T | Buy | 3/27 | L | | |
| 12. | | | | | Buy | 5/29 | L | | |
| 13.  - Third Avenue Intl Value FD | E | Dividend | N | T | Buy | 3/27 | L | | |
| 14.  - Butler County PA - Bond | B | Interest | K | T | | | | | |
| 15.  Brokerage Account #2 | | | | | | | | | |
| 16.  - Dean Witter Liquid Asset-mutual fund | A | Interest | | | | | | | |
| 17.  - Dow Chemical - Common stock | A | Dividend | | | Sell | 3/26 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - DPL - common stock | A | Dividend | | | Sell | 3/26 | K | D | |
| 19.    - General Dynamics- common stock | A | Dividend | | | Sell | 3/26 | K | D | |
| 20.    - McDonalds- common stock | | None | | | Sell | 3/26 | K | C | |
| 21.    - Pepsico- common stock | A | Dividend | | | Sell | 3/26 | J | C | |
| 22.    - Discover Bank - cash account | A | Interest | | | | | | | |
| 23.    - Littlestown - Municipal Bond | | None | | | Sell | 3/26 | K | A | |
| 24.    - Lancaster PA Area  Sch Distrist Bond | | None | | | Sell | 3/26 | K | | |
| 25.    - Fed Home Loan Bk Bond | | None | | | Sell | 3/26 | K | | |
| 26.    - Franklin RSD | | None | | | Sell | 3/26 | K | | |
| 27.    Bank Accounts | | | | | | | | | |
| 28.    Wachovia - bank accounts | A | Interest | K | T | | | | | |
| 29.    Dime Savings-bank account | A | Interest | J | T | | | | | |
| 30.    IRA #1 | D | Dividend | | | | | | | |
| 31.    - Greenwood Trust-cd | | | | | Sell | 5/3 | J | | |
| 32.    - Dean Witter Liquid Asset-mutual fund | | | | | | | | | |
| 33.    - Limited Duration Fund (was tcw/dw N Am Gov Tr)-(mutfund) | | | | | Sell | 1/24 | K | | |
| 34.    - Federal Home Loan Mtg Corp Med Term Note | | | | | Sell | 1/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Midfurst Bank Oklahoma City CD | | | | | Sell | 5/3 | L | | |
| 36. IRA #2 | D | Dividend | | | | | | | |
| 37. - Dean Witter Liquid Asset-mutual fund | | | | | | | | | |
| 38. - 1st Signature Co | | | | | Sell | 1/24 | K | | |
| 39. - Washington Mutual Bank CD | | | | | Sell | 5/24 | L | | |
| 40. TIAA-CREF-retirement(s) | | | P1 | T | | | | | |
| 41. TIAA Retirement | | | L | T | | | | | |
| 42. Manulife (formerly John Hancock Life) | A | Interest | K | T | | | | | |
| 43. Japan Fund - mutual fund | | None | | | Partial Sale | 4/3 | J | | |
| 44. | | | | | Partial Sale | 5/3 | J | | |
| 45. | | | | | Sell | 8/10 | J | | |
| 46. ▬▬ Trust #1 | F | Dividend | O | T | | | | | |
| 47. - Reserve Fund Primary Portfolio | | | | | | | | | |
| 48. - Third Avenue Small Cap Value Fund | | | | | | | | | |
| 49. - Third Avenue Real Estate Value Fund | | | | | | | | | |
| 50. - Third Avenue Intl Value Fund | | | | | | | | | |
| 51. - Third Avenue Value Fund Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/24/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ██████ Trust #2 | D | Dividend | N | T | | | | | |
| 53. - Vanguard Federal Money Market Fund | | | | | | | | | |
| 54. - Emerging Markets Stock Index Investor Shares | | | | | | | | | |
| 55. - Mid-Cap Index Fund Investor Shares | | | | | | | | | |
| 56. - Total International Stock Index Fund | | | | | | | | | |
| 57. Trust #3 | F | Dividend | P1 | T | | | | | |
| 58. - Reserve Primary Fund Class | | | | | | | | | |
| 59. - Capital Southwest Corp | | | | | | | | | |
| 60. - Covanta Holding Corporation | | | | | | | | | |
| 61. - Nabors Industries LTD New | | | | | | | | | |
| 62. - Third Avenue Real Estate Value FD | | | | | | | | | |
| 63. - Third Avenue Value Fund Inc | | | | | Partial Sale | 12/4 | L | | |
| 64. - Third Avenue International Value FD | | | | | | | | | |
| 65. IRA #3 | E | Dividend | O | T | | | | | |
| 66. - Total International Stock Index Fund | | | | | Buy | 2/2 | L | | |
| 67. | | | | | Buy | 6/1 | K | | |
| 68. - Wellington Fund Admiral Shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/24/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Assets reported in Part VII, page 6, lines 40 and 41, for "TIAA-CREFF-retirement(s)" and "TIAA Retirement," are ████████ retirement funds for which he has no control of its investments and is not provided with any information on the earnings from those accounts. He is only provided with an account value which is reported.

2) Assets reported in Part VII, page 5, under IRA #1, were sold and remaining cash was transferred to IRA#3 reported on page 7.

3) Assets reported in Part VII, page 6, under IRA #2, were sold and remaining cash was transferred to IRA #4 reported on page 8. Upon the death ████████ assets reported in IRA #4, were transferred to IRA #3 on 11/27 and the account subsequently closed.

4) Assets reported in Part VII, page 4, under Brokerage Account #2, were sold. Any remaining cash was transfereed into Trust #3 and account was closed.

5) Asset reported in Part VII, page 9, lines 90-94, of prior year report were completely sold. Line 94 should have been sell not partial sale.

6) Assets reported in Part VII, page 7. lines 58-64, under Trust #3, were started from partial transfers of assets from Brokerage Account #1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS ECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544